IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00408-WYD-MJW

MAKE A DIFFERENCE FOUNDATION, INC.,

    Plaintiff,

v.

CHRISTOPHER H. HOPKINS;
T. MURRAY WILSON;
RONALD BLAKELY;
PAUL CHING;
BRIAN MACNEILL;
RONALD PHILLIPS;
JOHN READ;
GORDON TALLMAN;
PAMELA WALLIN;
THOMAS MILNE; and
W. SCOTT THOMPSON,

    Defendants,

and

OILSAND QUEST, INC.,

    Nominal Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On June 3, 2010, Plaintiff filed an unopposed motion for enlargement of time to filed an amended complaint (ECF No. 47). In the motion, Plaintiff indicated that the amended complaint will moot Defendants' motions to dismiss (ECF Nos. 27, 28 and 29) and Plaintiff will amend the complaint in lieu of filing a response to the motions to dismiss. On June 8, 2010, Magistrate Judge Watanabe granted the motion for an enlargement of time and ordered Plaintiff to file its amended complaint not later than June 15, 2010. After a docketing error, on June 16, 2010, Plaintiff filed its amended complaint. (ECF. No. 52.) Accordingly, Defendants' motions to dismiss (ECF Nos. 27,

28 and 29) are **DENIED AS MOOT.**

Dated: July 21, 2010