IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-00408-WYD-MJW

MAKE A DIFFERENCE FOUNDATION, INC.,

Plaintiff(s),

v.

CHRISTOPHER H.  HOPKINS, et al.,

Defendant(s).

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that Plaintiff's Motion for Leave to File Second Amended Verified Derivative Complaint (docket no. 70) is GRANTED finding good cause shown. The Second Amended Verified Derivative Complaint (docket no. 70-1) is accepted for filing as of the date of this minute order.  Defendants shall have up to and including September 29, 2010, to answer or otherwise response to the Second Amended Verified Derivative Complaint.

Date:   September 20, 2010