IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00408-WYD-MJW

MAKE A DIFFERENCE FOUNDATION, INC., a Mississippi corporation,

   Plaintiff,

v.

CHRISTOPHER H. HOPKINS, T. MURRAY WILSON, RONALD BLAKELY, PAUL CHING, BRIAN MACNEILL, RONALD PHILLIPS, JOHN READ, GORDAN TALLMAN, PAMELA WALLIN, THOMAS MILNE, and W. SCOTT THOMPSON,

   Defendants,

   and

OILSANDS QUEST INC., a Colorado corporation,

   Nominal Defendant

---

**ORDER GRANTING THE DEFENDANTS' UNOPPOSED MOTION FOR A JOINT RESPONSE DATE AND STIPULATION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**
( Docket No 73 )

This matter, having come before the Court upon Defendants' Defendants' Unopposed Motion for a Joint Response Date and Stipulation to Plaintiff's Motion for Leave to File Second Amended Complaint, and the Court, having reviewed the motion and being fully advised of the premises therein,

ORDERS

1. The motion is **GRANTED.** — The Plaintiffs' Second Amended Verified Derivative Complaint ( Docket No 70-1 ) is Accepted for Filing Today.

2. The defendants shall move, answer, or otherwise respond to the Second Amended Complaint on or before September 29, 2010.

3. The deadline to respond to the Amended Verified Derivative Complaint (Docket no. 66) is vacated.

Dated this 20TH day of September, 2010.

BY THE COURT

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO