IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00408-WYD-MJW

MAKE A DIFFERENCE FOUNDATION, INC.,

Plaintiff(s),

v.

CHRISTOPHER H. HOPKINS, et al.,

Defendant(s).

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that Defendants Thomas Milne and W. Scott Thompson's Motion for Sanctions (docket no. 60) and Defendants Thomas Milne and W. Scott Thompson's Motion to Strike (docket no. 61) are both MOOT and therefore both motions are DENIED based upon this court's Orders in docket nos. 76 and 77.

Date: September 20, 2010