IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-00408-WJM-MJW

MAKE A DIFFERENCE FOUNDATION, INC.,

Plaintiff(s),

v.

CHRISTOPHER H. HOPKINS,
T. MURRAY WILSON,
RONALD BLAKELY,
PAUL CHING,
BRIAN MACNEILL,
RONALD PHILLIPS,
JOHN READ,
GORDAN TALLMAN,
PAMELA WALLIN,
THOMAS MILNE,
W. SCOTT THOMPSON, and
OILSANDS QUEST, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion Requesting Stay of All Deadlines (docket no. 116) is GRANTED finding good cause shown. All deadlines are STAYED until further Order of Court. This case remains set for Status Conference before Magistrate Judge Watanabe on June 9, 2011, at 8:30 a.m. The parties shall either file their Stipulated Motion for Dismissal or be prepared to provide the court with an update on settlement and the need to lift any stay of deadlines on June 9, 2011, at 8:30 a.m.

Date:   May 24, 2011