**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00408-WJM-MJW

MAKE A DIFFERENCE FOUNDATION, INC., a Mississippi corporation,

    Plaintiff,

v.

CHRISTOPHER H. HOPKINS;
T. MURRAY WILSON;
RONALD BLAKELY;
PAUL CHING;
BRIAN MACNEILL;
RONALD PHILLIPS;
JOHN READ;
GORDON TALLMAN;
PAMELA WALLIN;
THOMAS MILNE; and
W. SCOTT THOMPSON,

    Defendants,

and

OILSANDS QUEST, INC., a Colorado corporation,

    Nominal Defendant.

---

**SUPPLEMENTAL ORDER TO THE COURT'S NOVEMBER 2, 2011 ORDER
PRELIMINARILY APPROVING DERIVATIVE LITIGATION SETTLEMENT
AND PROVIDING FOR NOTICE**

---

    This matter is before the Court *sua sponte*. On November 2, 2011, the Court issued an Order granting Plaintiff's Unopposed Motion for Preliminary Approval of Derivative Litigation Settlement ("Order Preliminarily Approving Settlement"). (ECF No. 148.) The Notice and Summary Notice that were approved pursuant to the Order

Preliminarily Approving Settlement contained an inaccurate date regarding the date of the settlement, and also contained certain blank spaces in which dates or deadlines were not yet filled in.  In order to correct the error and fill in the required dates and deadlines, the Court hereby SUPPLEMENTS its Order Preliminarily Approving Settlement and APPROVES the amended Notice and amended Summary Notice, which are attached hereto, and which are to be distributed by the parties in accordance with the Order Preliminarily Approving Settlement.

Dated this 3rd day of November, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge