**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00408-WJM-MJW

MAKE A DIFFERENCE FOUNDATION, INC., a Mississippi corporation,

    Plaintiff,

v.

CHRISTOPHER H. HOPKINS;
T. MURRAY WILSON;
RONALD BLAKELY;
PAUL CHING;
BRIAN MACNEILL;
RONALD PHILLIPS;
JOHN READ;
GORDON TALLMAN;
PAMELA WALLIN;
THOMAS MILNE; and
W. SCOTT THOMPSON,

    Defendants,

and

OILSANDS QUEST, INC., a Colorado corporation,

    Nominal Defendant.

## ORDER DISMISSING ACTION

This matter is before the Court *sua sponte*. On March 19, 2012, this Court issued final approval of the derivative litigation settlement between the parties to this action, and also granted Plaintiff's request for an award of attorneys' fees and expenses. (ECF No. 170.) Counsel on both sides have now informed the Court that the fees award has been paid. Thus, per the terms of the parties' settlement, the Court hereby DISMISSES this

action with prejudice, subject only to the Court's continuing jurisdiction to enforce the terms of the parties' settlement.

    SO ORDERED.

    Dated this 22nd day of May, 2012.

BY THE COURT:

William J. Martínez
United States District Judge